```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ROBERT CLARK, et al.              :       CIVIL ACTION

      vs.                        :       NO. 02-2849

JACK'S DELICATESSAN, INC., et al:

**O R D E R**

BEFORE THE HONORABLE RONALD L. BUCKWALTER

    AND NOW, this   1st   day of   October   ,2002,

      A review of the docket discloses that service of the Complaint in the above-captioned matter has not been made,  it is therefore

**O R D E R E D**

that the matter is hereby  DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, as to all defendant(s):

      If, within ten (10) days, good cause can be shown why service was not made within one hundred and twenty (120) days of the date of the filing of the Complaint, the dismissal will be vacated.

                                 BY THE COURT:

                                 _____
                                 Ronald L. Buckwalter,      J.